# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

ABRAHAM/RASHEEN GRANT/RAKIM
ADC #128147                                          PLAINTIFF

v.                         No. 5:16-cv-305-DPM-JTK

BLAND, Medical Provider, Varner Unit          DEFENDANT

## ORDER

**1.** On *de novo* review, the Court adopts the 7 July 2017 partial recommendation, № 38, and overrules Bland's partial objection, № 43. FED. R. CIV. P. 72(b)(3). The Court agrees that Grant/Rakim adequately exhausted his claims against Bland in grievance VSM 16-02357. *№ 38 at 7–8.* Though Grant/Rakim stated he was filing his informal grievance "on" Wendy Kelley, he also named Nurse Bland and complained about being referred to her instead of a doctor. *№ 2 at 6.* Further, nothing in the ADC grievance policy supports rejecting a grievance because the prisoner failed to note that it was medical in nature. In fact, the prison makes the call on whether a grievance is a medical one. *E.g., № 32-1 at 11.*

Grant/Rakim's motion for summary judgment and motion to quash, № 29 & 37, are denied. Bland's motion for summary judgment, № 30, is denied. Grant/Rakim's claims arising from grievance VSM 16-02357 go forward.

**2.** On *de novo* review, the Court adopts the 26 July 2017 partial recommendation, № 46, and overrules Grant/Rakim's objections, № 49. FED. R. CIV. P. 72(b)(3). Grant/Rakim's amended motion for summary judgment, № 40, is denied.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

22 Sept. 2017