# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

ABRAHAM/RASHEEN GRANT/
RAKIM, ADC #128147                                              PLAINTIFF

v.                    No. 5:16-cv-305-DPM-JTK

ESTELLA BLAND,* Medical
Provider, Varner Unit                                           DEFENDANT

## ORDER

On *de novo* review, the Court adopts the partial recommendation, № 58, and overrules Grant/Rakim's objection, № 61. FED. R. CIV. P. 72(b)(3). Doctor Stukey's notes say that surgery may worsen Grant/Rakim's condition or do nothing at all. № 57-1 at 17. Thus, it is unlikely that Grant/Rakim will suffer irreparable harm by not having the surgery. The motions for a preliminary injunction, № 52 & № 54, are therefore denied.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

19 October 2017

---

* The Court directs the Clerk to correct Bland's name on the docket.