IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

ABRAHAM/RASHEEN GRANT/
RAKIM, ADC #128147                                          PLAINTIFF

v.                         No. 5:16-cv-305-DPM

ESTELLA BLAND, Medical
Provider, Varner Unit                                        DEFENDANT

## ORDER

On *de novo* review, the Court adopts the recommendation, № 67, and overrules Grant/Rakim's objections, № 69 & № 70. FED. R. CIV. P. 72(b)(3). Giving Grant/Rakim's side of the story about the July 7th examination full weight, Bland was negligent at most, not deliberately indifferent. Bland's motion for summary judgment, № 62, is granted. The amended complaint, № 10, will be dismissed with prejudice.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

15 November 2017