IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

ABRAHAM/RASHEEN GRANT/
RAKIM, ADC #128147                                              PLAINTIFF

v.                              No. 5:16-cv-305-DPM

WENDY KELLEY, Director,
Arkansas Department of Correction;
and ESTELLA BLAND, Medical
Provider, Varner Unit                                          DEFENDANTS

## JUDGMENT

Grant/Rakim's complaint, № 2, is dismissed without prejudice.

His amended complaint, № 10, is dismissed with prejudice.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

15 November 2017